03-00395
USDC/RI
Laguex, R.

# United States Court of Appeals
## For the First Circuit

---

No. 04-2505

JOHN T. SHEEHAN, JR., EXECUTOR OF THE ESTATE OF
JOHN T. O'BRIEN, JR., JAMES T. CONNELL,

MANDATE

Defendants, Appellants,

v.

ANDREW S. RICHARDSON, TRUSTEE OF NEWPORT CREAMERY, INC.

Plaintiff, Appellee.

---

**JUDGMENT**

Entered: June 23, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's entry of summary judgment for the appellee is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

George Kretas
**Deputy Clerk**

**Date:** 7/14/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Heitke and Mr. Boyajian.]